# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**781**

**CA 10-02357**

PRESENT: SMITH, J.P., CENTRA, FAHEY, GORSKI, AND MARTOCHE, JJ.

---

JACK D. LIFFITON, PLAINTIFF-APPELLANT,

                           V                                    ORDER

NEW YORK 212, INC., DEFENDANT-RESPONDENT.

---

JACK D. LIFFITON, PLAINTIFF-APPELLANT PRO SE.

DAVID S. WIDENOR, BUFFALO, FOR DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered November 25, 2009.  The order partially granted the summary judgment motion of defendant by dismissing plaintiff's first cause of action.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  June 10, 2011                          Patricia L. Morgan
                                                 Clerk of the Court